# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY AND WESTLANDS WATER DISTRICT,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KENNETH LEE SALAZAR, *ET AL.*,<br><br>　　　　Defendants. | 1:09-CV-407 OWW DLB<br><br>ORDER RE FILING OF ADMINISTRATIVE RECORD IN THIS AND RECENTLY-FILED RELATED CASES:<br>1:09-CV-480 OWW DLB &<br>1:09-CV-631 OWW GSA |

It is the court's preference that administrative records be submitted on CD-ROM. However, there has been great variability in the organizational quality of recently-submitted records in related cases. Of particular concern is the occasional lack of any clear relationship between indices (usually organized according to bates stamp order) and the file structure on the CDs submitted. It is requested that any administrative record submitted on CD(s) in this case be accompanied by a hard copy of an index to those records, describing by subject the content of the record in bates-stamped order. The file names (both of folders and individual files) on any CDs should also bear the bates stamp ranges of the document(s) they represent. For example, if a folder contains bates numbers 0001-0999, the folder should be labeled "0001-0999," and the individual files within that folder should bear their respective bates numbers. If, for

1

organizational purposes, Federal Defendants also wish to include textual titles, any such text should <u>follow</u> the bates stamp range.  For example, a folder could be named "0001-0999 Biological Opinion & Appendices," with files within that folder named "0001-0399 Biological Opinion," "0400-0495 Appendix A," etc.  This labeling protocol is intended to facilitate the court's ability to quickly locate documents cited by the parties. Should Federal Defendants believe a modification to this protocol would be helpful, they may contact chambers to obtain verbal permission for an alternative approach.

SO ORDERED

Dated:  May 1, 2009

                                    <u>/s/ Oliver W. Wanger</u>
                                        Oliver W. Wanger
                                   United States District Judge