NOSSAMAN LLP
ROBERT D. THORNTON (SBN 72934)
rthornton@nossaman.com
PAUL S. WEILAND (SBN 237058)
pweiland@nossaman.com
AUDREY M. HUANG (SBN 217622)
ahuang@nossaman.com
18101 Von Karman Avenue, Suite 1800
Irvine, CA 92612
Telephone: (949) 833-7800
Facsimile: (949) 833-7878

Attorneys for Plaintiffs
Coalition for a Sustainable Delta and Kern County Water Agency

KERN COUNTY WATER AGENCY
AMELIA T. MINABERRIGARAI (SBN 192359)
P.O. Box 58
Bakersfield, CA 93302-0058
Telephone: (661) 634-1400
Facsimile: (661) 634-1428

Attorney for Plaintiff Kern County Water Agency

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COALITION FOR A SUSTAINABLE DELTA and KERN COUNTY WATER AGENCY<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF INTERIOR, KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior, UNITED STATES FISH AND WILDLIFE SERVICE, ROWAN W. GOULD, in his official capacity as Acting Director of the United States Fish and Wildlife Service, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency, UNITED STATES DEPARTMENT OF TRANSPORTATION, RAY LaHOOD, in his official capacity as Secretary of Transportation, MARITIME ADMINISTRATION, JAMES E. | Case No: 1:09-CV-00480 OWW GSA<br><br>Judge: Hon. Oliver W. Wanger<br><br>**ORDER**<br><br>[Filed Concurrently with Stipulation to Combine Scheduling Conferences]<br><br>Date:  June 18, 2009<br>Time:  8:15 a.m.<br>Courtroom: 3 |

[PROPOSED] ORDER                                                                                                 1
09cv480.combine.sc.DOC

CAPONITI, in his official capacity as Acting Deputy Maritime Administrator, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security, FEDERAL EMERGENCY MANAGEMENT AGENCY, WILLIAM CRAIG FUGATE, in his official capacity as Administrator of the Federal Emergency Management Agency, UNITED STATES ARMY CORPS OF ENGINEERS, Lieutenant General Robert L. Van Antwerp, in his official capacity as Commanding General of the United States Army Corps of Engineers,

Defendants,

UNITED STATES BUREAU OF RECLAMATION and J. WILLIAM MCDONALD, in his official capacity as Acting Commissioner, United States Bureau of Reclamation,

and

CALIFORNIA DEPARTMENT OF WATER RESOURCES and LESTER SNOW, in his official capacity as Director, California Department of Water Resources,

Real Parties in Interest.

## **ORDER**

In light of the foregoing stipulation of the parties, and good cause appearing therefore, the Court orders that the date for the Scheduling Conference in the San Luis Case, the State Contractors Case, the Coalition Case, the MWD Case, and the Steward & Jasper Case is hereby set for June 18, 2009, at 8:15 a.m.

IT IS SO ORDERED.

Dated:  June  2, 2009          /S/ OLIVER W. WANGER
                               HONORABLE OLIVER W. WANGER, U.S. DISTRICT COURT
                               JUDGE, EASTERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER                                                                                  2
09cv480.combine.sc.DOC