EILEEN M. DIEPENBROCK (SBN 119254)
DAVID A. DIEPENBROCK (SBN 215679)
JONATHAN R. MARZ (SBN 221188)
DIEPENBROCK ELKIN, LLP
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535

ATTORNEYS FOR PLAINTIFF
WESTLANDS WATER DISTRICT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| DELTA SMELT CONSOLIDATED CASES | 1:09-cv-00407-OWW-GSA<br>1:09-cv-00422-OWW-GSA<br>1:09-cv-00631-OWW-GSA<br>1:09-cv-00892-OWW-GSA<br><br>PARTIALLY CONSOLIDATED WITH:<br>1:09-cv-00480-OWW-GSA |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY et al. v. SALAZAR et al. (Case No. 1:09-cv-407) | |
| STATE WATER CONTRACTORS v. SALAZAR et al. (Case No. 1:09-cv-422) | **ORDER ON SUBSTITUTION OF ATTORNEYS** |
| COALITION FOR A SUSTAINABLE DELTA et al. v. UNITED STATES FISH AND WIDLIFE SERVICE et al. (Case No. 1:09-cv-480) | |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS et al. v. UNITED STATES FISH AND WILDLIFE SERVICE et al. (Case No. 1:09-cv-892) | |

{00327475; 1}

DIEPENBROCK ELKIN, LLP

SUBSTITUTION OF ATTORNEYS

On June 16, 2011, WESTLANDS WATER DISTRICT proposed the substitution of its current attorneys of record:

Eileen M. Diepenbrock (SBN 119254)
Jon D. Rubin (SBN196944)
David A. Diepenbrock (SBN 215679)
Jonathan R. Marz (SBN 221188)
DIEPENBROCK HARRISON
400 Capitol Mall, 18th Floor
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535
ediepenbrock@diepenbrock.com
jrubin@diepenbrock.com
ddiepenbrock@diepenbrock.com
jmarz@diepenbrock.com

for the new attorneys of record as follows:

Eileen M. Diepenbrock (SBN 119254)
David A. Diepenbrock (SBN 215679)
Jonathan R. Marz (SBN 221188)
DIEPENBROCK ELKIN, LLP
400 Capitol Mall, Suite 1800
Sacramento, CA  95814
Telephone:  (916) 492-5000
Facsimile:  (916) 446-4535
ediepenbrock@diepenbrock.com
ddiepenbrock@diepenbrock.com
jmarz@diepenbrock.com

No other changes to WESTLANDS WATER DISTRICT's other counsel were or are being proposed.

The substitution is APPROVED.  Diepenbrock Elkin will substitute in as counsel for Diepenbrock Harrison for WESTLANDS WATER DISTRICT as indicated above.

IT IS SO ORDERED.

Dated:  **June 16, 2011**                    **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE