UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DELTA SMELT CASES | CASE NO.   1:09-cv-407-LJO-DLB |
| | 1:09-cv-422-LJO-DLB |
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY, et al. v. SALAZAR, et al. (Case No. 1:09-cv-407) | 1:09-cv-631-LJO-DLB |
| | 1:09-cv-892-LJO-GSA |
| | PARTIALLY CONSOLIDATED WITH: |
| STATE WATER CONTRACTORS v. SALAZAR, et al. (Case No. 1:09-cv-422) | 1:09-cv-480-LJO-GSA |
| | 1:09-cv-1201-LJO-DLB |
| COALITION FOR A SUSTAINABLE DELTA, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-480) | **SECOND JOINT STIPULATION AND ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOLOGICAL OPINION** |
| METROPOLITAN WATER DISTRICT v. UNITED STATES FISH & WILDLIFE SERVICE, et al. (Case No. 1:09-cv-631) | |
| STEWART & JASPER ORCHARDS, et al. v. UNITED STATES FISH AND WILDLIFE SERVICE, et al. (Case No. 1:09-cv-892) | Judge:   Honorable Lawrence J. O'Neill |
| FAMILY FARM ALLIANCE v. SALAZAR, et al. (Case No. 09-cv-1201) | |

-1-

## RECITALS

1.     On May 19, 2011, this Court entered its Amended Judgment in these *Delta Smelt Consolidated Cases* requiring the United States Fish and Wildlife Service ("FWS") to "transmit to [the Bureau of] Reclamation by October 1, 2011 a draft delta smelt Biological Opinion consistent with the requirements of law."  (Amended Judgment, Doc. 884 at 3:18-19.)

2.     On September 30, 2011, this Court vacated the October 1, 2011 deadline in the Amended Judgment (Doc. 884) for transmittal of the draft delta smelt Biological Opinion ("draft BiOp").  (Doc. 1061.)  The Court ordered instead that by October 31, 2011 the parties file a written report stating whether the parties have jointly agreed upon a revised completion date for the draft BiOp.  The Court further ordered that failing such agreement, the draft BiOp was to be transmitted by November 11, 2011.

3.     Since the Court's order, a number of the parties have engaged in discussions regarding a restructuring of the consultation process and a new deadline for the draft BiOp, but have not yet reached agreement.  However, these parties would like to continue these discussions, and agree they need more time beyond October 31, 2011 to complete discussions and potentially reach agreement.

Good cause exists for the granting of the below requested schedule change for transmittal of the draft BiOp, and the parties respectfully request that the dates set by this Court be modified as shown below.

## STIPULATION

Plaintiffs San Luis & Delta-Mendota Water Authority, Westlands Water District, State Water Contractors, Metropolitan Water District of Southern California, Coalition for a Sustainable Delta, Kern County Water Agency, Stewart & Jasper Orchards, Arroyo Farms, LLC, King Pistachio Grove, and Family Farm Alliance ("Plaintiffs"), Plaintiff-Intervenor California Department of Water Resources ("DWR"), Federal Defendants, and Defendant-Intervenors Natural Resources Defense Council and The Bay Institute by and through their respective counsel, hereby stipulate and agree as follows:

1. The October 31, 2011 and November 11, 2011 deadlines in the Court's previous order (Doc. 1061) should be hereby vacated to allow time for further discussions between now and December 2, 2011.

2. By December 2, 2011, the parties shall file with the Court a written report, preferably a joint report, stating whether the parties have jointly agreed to a remand schedule. .

3. If there is not agreement among all parties, then the draft BiOp shall be transmitted no later than December 14, 2011.

**SO STIPULATED.**

Dated:  October 31, 2011   H. CRAIG MANSON
           Westlands Water District
           DIEPENBROCK ELKIN, LLP
           KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
           A Professional Corporation


           By     */s/ Daniel J. O'Hanlon*
                DANIEL J. O'HANLON
                EILEEN M. DIEPENBROCK
                Attorneys for Plaintiffs
                SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT


Dated:  October 31, 2011   BROWNSTEIN HYATT FARBER SCHRECK LLP


           By:    */s/ Steve O. Sims*
                STEVE O. SIMS
                MICHELLE C. KALES
                Attorneys for Plaintiff
                WESTLANDS WATER DISTRICT

1

2  Dated:  October 31, 2011                      BEST BEST & KRIEGER LLP

3

4                                                By:    *lsl Steven M. Anderson*
                                                       GREGORY K. WILKINSON
5                                                      STEVEN M. ANDERSON
                                                       PAETER E. GARCIA
6                                                      MELISSA R. CUSHMAN
                                                       Attorneys for Plaintiff
7                                                      STATE WATER CONTRACTORS

8  Dated:  October 31, 2011                      NOSSAMAN LLP

9

10                                               By:  *lsl Paul S. Weiland*
                                                      ROBERT D. THORNTON
11                                                    PAUL S. WEILAND
                                                      AUDREY HUANG
12                                                    Attorneys for Plaintiffs
                                                      COALITION FOR A SUSTAINABLE DELTA
13                                                    and KERN COUNTY WATER AGENCY

14

15
   Dated:  October 31, 2011                      MORRISON & FOERSTER LLP
16

17
                                                 By:  */s/ William M. Sloan*
18                                                    CHRISTOPHER J. CARR
                                                      WILLIAM M. SLOAN
19                                                    Attorneys for Plaintiff
                                                      THE METROPOLITAN WATER
20                                                    DISTRICT OF SOUTHERN CALIFORNIA

21

22

23

24

25

26

27

28

-4-

| | | |
|---|---|---|
| 1 | Dated:  October 31, 2011 | PACIFIC LEGAL FOUNDATION |
| 2 | | |
| 3 | | By:  /s/ Brandon M. Middleton |
| 4 | | M. REED HOPPER<br>DAMIEN M. SCHIFF |
| 5 | | BRANDON M. MIDDLETON<br>Attorneys for Plaintiffs |
| 6 | | STEWART & JASPER ORCHARDS;<br>ARROYO FARMS, LLC; and KING |
| 7 | | PISTACHIO GROVE |
| 8 | | |
| 9 | Dated:  October 31, 2011 | THE BRENDA DAVIS LAW GROUP |
| 10 | | |
| 11 | | By:  /s/ Brenda W. Davis |
| 12 | | BRENDA W. DAVIS<br>LESLIE R. WAGLEY |
| 13 | | Attorneys For Plaintiff<br>FAMILY FARM ALLIANCE |
| 14 | Dated:  October 31, 2011 | KAMALA D. HARRIS, ATTORNEY GENERAL<br>OF THE STATE OF CALIFORNIA |
| 15 | | |
| 16 | | By:  /s/ Clifford T. Lee |
| 17 | | CLIFFORD T. LEE<br>CECILIA L. DENNIS |
| 18 | | MICHAEL M. EDSON<br>ALLISON GOLDSMITH |
| 19 | | Deputies Attorney General<br>Attorneys for Plaintiff-In-Intervention |
| 20 | | CALIFORNIA DEPARTMENT OF WATER<br>RESOURCES |

SECOND JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP

| | | |
|---|---|---|
| 1 | Dated: October 31, 2011 | IGNACIA S. MORENO, ASSISTANT ATTORNEY GENERAL |
| 2 | | United States Department of Justice, Environmental & Natural Resources Division |
| 3 | | SETH M. BARSKY, CHIEF |
| 4 | | |
| 5 | | By: _/s/ S. Jay Govindan_____<br>S. JAY GOVINDAN |
| 6 | | Wildlife & Marine Resources Section<br>Attorneys for FEDERAL DEFENDANTS |
| 7 | | |
| 8 | Dated: October 31, 2011 | NATURAL RESOURCES DEFENSE COUNCIL |
| 9 | | |
| 10 | | By: _/s/ Katherine Poole_____<br>KATHERINE POOLE |
| 11 | | DOUG OBEGI<br>Attorneys for Defendant-Intervenor NATURAL |
| 12 | | RESOURCES DEFENSE COUNCIL |
| 13 | | |
| 14 | Dated: October 31, 2011 | EARTH JUSTICE |
| 15 | | By: _/s/ Trent W._____ |
| 16 | | TRENT W. ORR<br>GEORGE M. TORGUN |
| 17 | | Attorneys for Defendant-Intervenors<br>NATURAL RESOURCES DEFENSE |
| 18 | | COUNCIL; THE BAY INSTITUTE |

SECOND JOINT STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR TRANSMITTAL OF DRAFT SMELT BIOP

**ORDER**

Based on the stipulation of the above parties, the Court hereby vacates the previously ordered October 31, 2011 deadline for submission of a written status report, and the alternative November 11, 2011 deadline for transmittal of the draft delta smelt Biological Opinion ("draft BiOp").  By December 2, 2011, the parties shall file with the Court a written report, preferably a joint report, stating whether the parties have jointly agreed upon the three items listed above in the stipulation.  If there is not agreement among all parties on these items, then the draft BiOp shall be transmitted no later than December 14, 2011.

IT IS SO ORDERED.

Dated: **November 1, 2011**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE